# EXHIBIT 5

February 4, 2025

To Judge Bolden,

    I am very aware of the magnitude of my sins against God (Leviticus 18:10) and my family and the law. I am very remorseful, there isn't a day that passes that I don't deeply regret the atrocity I committed.

    I've spent the past two years in submission to the guilt and realization of the trauma that I brought to my beloved family. I am entirely to blame.

    I am very sorry for my loss of sound judgement and self-control. I am fully aware that my actions deeply affected ▇▇▇ now and in the future.

    I know my immense grief and remorse pales in comparison to the suffering I've caused to my family. My pain is compounded daily by the remembrance of my sin and resulting separation of my family.

    My family is the most precious gift I have. I will have to live forever with the painful burden of knowing that I hurt them and caused our separation.

    I've spent the last two and a half years in prison reflecting on what I did. I have spent much of my time in church and Bible study thinking about my actions. I pray every day that my family will be OK, but I know I can never undo what I have done.

    I hope that my incarceration will help my family and myself find some measure of healing. I apologize to my family, the community, the other victims of my crimes, and to God.